UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DANE S. FIELD, BANKRUPTCY TRUSTEE;<br><br>          Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., USAA FEDERAL SAVINGS BANK, STEPHEN BRUM,<br><br>          Defendants. | CIV. NO. 22-00530 LEK-KJM |

**ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO CONDUCT JURY TRIAL**

On December 21, 2022, the bankruptcy judge transmitted his Recommendation to District Court to Withdraw Reference to Conduct Jury Trial ("Recommendation"). [Dkt. no. 1-1.] The bankruptcy judge recommended that this Court: withdraw the reference at this time to schedule a jury trial and the associated deadlines; and refer the proceeding to the bankruptcy judge for all other purposes until ninety days before the trial date. On December 27, 2022, this Court issued an entering order directing the parties to file any objections to the Recommendation by January 6, 2023. [Dkt. no. 3.] No objections were filed.

This Court HEREBY ADOPTS the bankruptcy judge's Recommendation. The jury trial in this case will commence on

**September 18, 2023, at 9:00 a.m.**  The magistrate judge will issue a separate scheduling order setting forth the near-trial deadlines.  Following the issuance of the scheduling order, this matter will be REFERRED to the bankruptcy judge for all other purposes.  The reference will be withdrawn ninety days before the trial date.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, January 11, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**DANE S. FIELD VS. BANK OF AMERICA, N.A., ET AL; CV 22-00530 LEK-KJM; ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO WITHDRAW REFERENCE TO CONDUCT A JURY TRIAL**